UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against                                              **ORDER**
                                                           20 CR 514 (KMW)

RICHARD MENDOZA,

                        Defendant.
-----------------------------------------------------------------x
KIMBA M. WOOD, District Judge:

        The Court will hold a teleconference in the above-captioned case on Friday, January 8, 2021, at 10:30 a.m.

        To join the teleconference, the parties should dial 888-363-4749, and enter access code 1613818.

        SO ORDERED.

Dated: New York, New York
       December 30, 2020

                                                          */s/ Kimba M. Wood*
                                                        KIMBA M. WOOD
                                           UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/20