UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

-against

RICHARD MENDOZA,

                    Defendant.
-------------------------------------------------------------------x

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3/4/21 |

**ORDER**
20 CR 514 (KMW)

KIMBA M. WOOD, District Judge:

       The Court will hold a teleconference in the above-captioned case on Friday, March 12,

2021, at 9:00 a.m.

       To join the teleconference, the parties should dial 888-363-4749 and enter Access Code

1613818.

       SO ORDERED.

Dated: New York, New York
       March 3, 2021

                          *Kimba M. Wood*

                          KIMBA M. WOOD
                UNITED STATES DISTRICT JUDGE