UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/21
```

-----------------------------------------------------------X

UNITED STATES OF AMERICA          :

        -v-                              :            ORDER

RICHARD MENDOZA,                  :            20 CR 514 (KMW)

             Defendant.         :

-----------------------------------------------------------X

KIMBA M. WOOD, District Judge:

      The control date in this case is adjourned to May 4, 2021, at 9:00 a.m.

      Counsel has requested an adjournment of the conference control date scheduled for April 13, 2021, because the parties are in discussion about a possible disposition short of trial.

      The Court excludes the time from today until May 4, 2021, from the running of the Speedy Trial Act clock pursuant to Title 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial because the parties need this additional time to discuss a disposition of this case short of trial.

Dated: New York, New York
       April 13, 2021

                                                 */s/ Kimba M. Wood*
                                                 KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE