USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

RICHARD MENDOZA,

                Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 514 (KMW)

KIMBA M. WOOD, District Judge:

        The defendant's sentencing is scheduled for Wednesday, September 15, 2021, at 12:30 p.m., as an in-person proceeding.

        Defendant's sentencing submission is due to the Court by September 1, 2021.

Government submission is due by September 8, 2021.

        SO ORDERED.

Dated: New York, New York
       July 7, 2021

                                                        KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE