**BRILL LEGAL GROUP, P.C.**  Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

September 7, 2021

<u>Via ECF</u>
Hon. Kimba M. Wood
United States District Court
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Richard Mendoza*
20 Cr. 514

Dear Judge Wood:

I represent Richard Mendoza. With the consent of the government, I am hereby requesting that Mr. Mendoza's sentencing date be adjourned from September 15, 2021 to 2:30 p.m. on September 29, 2021. I am still awaiting some information from Mr. Mendoza's family that is necessary for our sentencing submission.

Granted
KMW

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

SO ORDERED: N.Y., N.Y. 9/8/21

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788