**BLG BRILL LEGAL GROUP, P.C.**
Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

September 27, 2021

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/21

**Via ECF**
Hon. Kimba M. Wood
United States District Court
500 Pearl Street
New York, NY 10007

Re: *United States v. Richard Mendoza*
20 Cr. 514

**MEMO ENDORSED**

Dear Judge Wood:

I represent Richard Mendoza. With the consent of the government, I am hereby requesting that Mr. Mendoza's sentencing date be adjourned to noon on November 17, 2021.

Unfortunately, I am still awaiting information from Mr. Mendoza's family that is necessary for our sentencing submission.

I am also starting a trial in the Eastern District of New York on October 4 that will last approximately a month, making me unavailable for this matter during that time.

Thank you for your consideration.

Respectfully submitted,

Peter E. Brill

KMW
Granted

9/28/21
SO ORDERED: N.Y., N.Y.

Kimba M. Wood
KIMBA M. WOOD
U.S.D.J.

306 Fifth Avenue
Penthouse
New York, N.Y. 10001

64 Hilton Avenue
Hempstead, N.Y. 11550

150 Motor Parkway
Suite 401
Hauppauge, N.Y. 11788